UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 3:07CV00334

| | |
|---|---|
| Audrey Goodwin, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **HARRINGTON, MORAN,** |
| v. ) | **BARKSDALE, INC.'S ORDER FOR** |
| ) | **EXTENSION OF TIME TO FILE** |
| Harrington, Moran, Barksdale, Inc., ) | **DISPOSITIVE MOTIONS** |
| ) | |
| Defendant. ) | |
| ) | |

THIS CAUSE being heard by the undersigned Clerk on motion of Defendant, Harrington, Moran, Barksdale, Inc., for an Order extending time in which Parties may file dispositive motions in this matter, to and including the 1st day of December, 2008, pursuant to Rules 6(b) of the Federal Rules of Civil Procedure; and it appearing to the Court that time for responding has not expired, and that said motion should be allowed;

IT IS THEREFORE ORDERED that the time for the Parties in this matter to file dispositive motions shall be extended to and including the 1st day of December, 2008.

Signed: October 31, 2008

Graham C. Mullen
United States District Judge