# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:07-CV-334-GCM

| | |
|---|---|
| MS. AUDREY GOODWIN, )<br>        Plaintiff, )<br>v. )<br>)<br>HARRINGTON, MORAN, BARKSDALE, )<br>INC., )<br>        Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **May 4, 2009, at 10:00 a.m..**

**SO ORDERED**.

Signed: January 14, 2009

Graham C. Mullen
United States District Judge