UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-334-GCM

| | |
|---|---|
| MS. AUDREY GOODWIN, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| HARRINGTON, MORAN, BARKSDALE, ) | |
| INC., ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **May 12, 2009, at 10:00 a.m.**.

**SO ORDERED**.

Signed: February 17, 2009

Graham C. Mullen
United States District Judge