# United States District Court
# For The Western District of North Carolina
# Charlotte Division

AUDREY GOODWIN,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:07CV334

HARRINGTON, MORAN,
BARKSDALE, INC,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2009 Order.

Signed: March 23, 2009

Frank G. Johns, Clerk
United States District Court